**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gary PENN, Defendant–Appellant.**

**No. 14–2795.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 1, 2014.

Filed: Dec. 12, 2014.

Michelle Nahon Moulder, Asst. Fed. Public Defender, Springfield, MO (Laine Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO, Jim Y. Lynn, Asst. U.S. Atty., Jefferson City, MO, for appellee.

James J. Kelleher, U.S. Attorney's Office, Springfield, MO, Jim Lynn, U.S. Attorney's Office, Jefferson City, MO, for Plaintiff–Appellee.

Michelle Nahon Moulder, Federal Public Defender's Office, Springfield, MO, Troy K. Stabenow, Assistant, Federal Public Defender's Office, Jefferson City, MO, for Defendant–Appellant.

Gary Penn, Osceola, MO, pro se.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

**PER CURIAM.**

Gary Penn appeals after the District Court[1] revoked his supervised release and sentenced him within the Chapter 7 advisory United States Sentencing Guidelines range to 12 months in prison. Penn's counsel has moved to withdraw and has filed a brief arguing that Penn's sentence is substantively unreasonable.

Upon careful review, we conclude that the District Court did not impose an unreasonable revocation sentence. *See United States v. Growden,* 663 F.3d 982, 984 (8th Cir.2011) (per curiam) (describing appellate review of revocation sentences); *United States v. Petreikis,* 551 F.3d 822, 824 (8th Cir.2009) (applying a presumption of substantive reasonableness to a revocation sentence within the Guidelines range).

Accordingly, we affirm the judgment of the District Court. We also grant counsel's motion for leave to withdraw.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.